# EXHIBIT A

**IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT**
**LAKE COUNTY, ILLINOIS**

IN RE THE ☒ MARRIAGE ☐ PARENTAGE )
☐ SUPPORT ☐ CUSTODY OF )
)
Val Shlorov )
_____ )
)
vs. )   Case No. 11D569
)
Sharon Shlorov )
_____ )

**FILED**
JUL 4 2014
Keith Brin
CIRCUIT CLERK

**ORDER**

This matter coming before the Court for trial, counsel for both parties and the parties appearing, the Court having stricken the June 3, 2014 trial date on account of Ms Kinelman's child custody matter in Cook County and ~~parties agreeing~~ that Sharon's deposition would on Tuesday June 3 at 1:30pm, Sharon arguing that the SS Management bankruptcy does not stay the divorce trial and standing ready for trial, and that the only asset of SS Management disclosed are ᵃˢaccounts, and the Court being advised in the premises the court finds as follows:

(A) That at commencement of trial, Val Sklarov filed a bankruptcy for SS Management, Inc. and consequently the trial of this matter is automatically stayed the Court unable to determine which assets will be covered by the SS Management bankruptcy

IT IS HEREBY ORDERED:

(1.) Val shall execute immediately the automobile titles presented to him in open Court or any other titles concerning automobiles he has been ordered to sell for which there are titles for automobiles he owns outright.

(2.) Cars and jewelry previously ordered to be sold shall be immediately sold and proceeds deposited into escrow as previously ordered.

Dated at Waukegan, Illinois this
_____ day of _____, 20____

Enter:

_____
~~JUDGE~~

Prepared by:
Attorney's Name: _____
Address: _____
City: _____ State: _____
Phone: _____ Zip Code: _____
ARDC: _____
Fax: _____
E-mail address: _____

171-225 (Rev. 12/13)

**IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT**
**LAKE COUNTY, ILLINOIS**

IN RE THE ☒ MARRIAGE ☐ PARENTAGE   )
☐ SUPPORT ☐ CUSTODY OF    )
_Val Stelarov_    )
    )
    )   Case No. _11D569_
vs.    )
    )
_Sharon Stelarov_    )

**ORDER**

(3.) This matter is set for June 24, 2014 at 9:00am for:

(a.) Hearing on allocation of the jewelry and cars previously ordered sold as and for support for the parties and children.

(b.) Determination by the Court of the assets that are or are not covered under the SS Management bankruptcy. To that end, Val shall provide the complete filing and all schedules in connection with the SS Management bankruptcy to Sharon as soon as completed, and in advance of the June 24 date.

(c.) To set future Court dates and deposition dates.

(4.) If either party opens or creates any new entity, all details and information concerning that entity shall be immediately provided to the other party.

(5.) Without prejudice, the first $10,000 generated from the sale of the jewelry and cars shall be divided 50/50 between the parties. (Schiller DuCanto & Fleck will issue a check to each party once that money is received and deposited into the escrow account it holds.)

Dated at Waukegan, Illinois this
_4th_ day of _June_, 20 _14_

Enter:

Donna-J(R) Vorderstrasse
_____
JUDGE

Prepared by:
Attorney's Name: _Schiller DuCanto & Fleck LLP_
Address: _005 E Deerpath Ste 270_
City: _Lake Forest_   State: _IL_
Phone: _847 615 8284_   Zip Code: _60045_
ARDC: _6286472_
Fax: _847 615 8300_
E-mail address: _____

171-225  (Rev. 12/13)