# EXHIBIT B

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, WAUKEGAN, ILLINOIS

| | |
|---|---|
| In Re The Marriage Of: | ) |
| | ) |
| VAL SKLAROV, | ) |
|     Petitioner/Counter-Respondent, | ) |
| | ) |
| and | ) No. 11 D 569 |
| | ) |
| SHARON SKLAROV, | ) |
|     Respondent/Counter-Petitioner | ) |

FILED
JUL 17 2014
*Keith Brin*
CIRCUIT CLERK

## ORDER

This matter coming before the Court on Sharon's Emergency Motion to Modify Stay Order and for Temporary Relief Regarding Real Estate, and for presentation of Motion to Pay Education Expenses and to Abate Funds to Kinetoscope, counsel for both parties present, attorney Nathan Rugg appearing on Sharon's behalf and addressing bankruptcy issues, Sharon present, the Court having heard arguments of counsel, the Court finding Sharon's Motion to be an emergency, the Court's findings on the record incorporated into this Order, and the Court and being advised in the premises,

IT IS HEREBY ORDERED:

1. Sharon's Motion to Pay Education Expenses and to Abate Funds to Kinetoscope is set for hearing on August 5, 2014 at 9:00 a.m.; Val shall have up to the day of hearing to file a written response or may orally respond to the court at the time of hearing.

2. Sharon having provided the Court with the schedules and statement of financial affairs filed by SS Management Group, Inc. in its bankruptcy case (which indicate that SS Management's assets total approximately $800), said documents were not available on June 4, 2014 for this Court to review

1301762_1 1301643_1 1101460_1

and were filed on July 8, 2014, the Court finds that the SS Management Bankruptcy does not implicate the other assets of the parties. Accordingly, finds that there is not a stay of the proceedings except as applied to the assets of SS Management, as identified in its bankruptcy filing and the June 4, 2014 Order is modified to lift any stay imposed upon the dissolution proceedings by the June 4, 2014 Court Order entered by this Court in the above referenced matter.

3.   That over the objection of Val, the Court finds that the sale of the underlying property would make a substantial difference in the ability to preserve the marital estate and other findings on the record on this issue; accordingly paragraph numbers 1 through 5 of the March 28, 2014 Order are hereby extended until further Order of Court. For purposes of clarification, Sharon's "authority to finalize the sale of the Toledo property and acts related thereto" includes negotiation of letters of intent and contracts, accepting or rejecting offers, and the like. However, this Court must approve the final contract to sell the Toledo property.

4.   On Sharon's request, "Exhibit A-1" of the Emergency Motion to Modify Stay Order and for Temporary Relief Regarding Real Estate shall be removed from the file as it contains information that the Court agrees is confidential and should be removed from the court file to protect the privacy of the parties, *instanter*.

ENTERED:

**Charles D. Johnson**
_____
JUDGE

1301762_1 1301643_1 1101460_1

Dated:_____


SCHILLER DU CANTO & FLECK LLP
Attorneys for Sharon Sklarov
225 East Deerpath Road, Suite 270
Lake Forest, Illinois 60045-1857
Telephone No. (847) 615-8300
Facsimile Telephone No. (847) 615-8284
Email: lakeforestservice@sdflaw.com
Service by Email and Facsimile Transmission Will Be Accepted

1301762_1 1301643_1 1101460_1