**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____SS Management Group, Inc._____ Case No. ____14-20863____ Chapter __7__

All Cases: Moving Creditor _____Sharon Sklarov_____ Date Case Filed ___06/03/2014___

Nature of Relief Sought: ☑ Lift Stay     ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
 ☑ No-Asset Report not Filed, Date of Creditors Meeting _____August 12, 2014_____

1. Collateral
   a. ☐ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☑ Other (describe) _____Unknown_____

2. Balance Owed as of Petition Date   $ _____Unknown_____
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ _____Unknown_____

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____        Amount $ _____

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months _____        Amount $ _____

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____        Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid        Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe)_____
      ii.  ☐ Multiple Filings
      iii. ☑ Other (describe) _____Stay does not apply to divorce proceedings_____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____07/21/2014_____       _____/s/ Nathan Q. Rugg_____
                                                    Counsel for Movant

(Rev. 12 /21/09)